IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM BELARUS ) <br> IN THE MATTER OF ) <br> REPUBLICAN UNITARY ENTERPRISE ) <br> BELARUSIAN STEEL WORKS ) | Misc. No. 05- |

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Belarus authorities.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews

Richard G. Andrews
Assistant U.S. Attorney
Delaware Bar I.D. No.2199
1007 Orange Street
Wilmington, DE  19801
(302) 573-6277

Dated: 8/26/05